## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Twin City Pipe Trades Service
Association, Inc.,

        Plaintiff,   Civ. No. 10-3012 (RHK/LIB)
               **ORDER**

v.

Performance Contractors, LLC,

        Defendant.

   This matter came before the Court on December 20, 2010, on Plaintiff's Motion for Default Judgment (Doc. No. 7). At that time, the Court ordered Defendant to submit reports quantifying fringe-benefit contributions due for all months outstanding and directed Plaintiff to subsequently file an affidavit setting forth the full amount due. Plaintiff has duly complied and provided the Court with an updated affidavit detailing the amounts currently due and owing. (See Doc. No. 15.)

   Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 7) is **GRANTED**. Plaintiff shall recover of Defendant Performance Contractors, LLC, the sum of $67,696.83, comprising $53,838.85 in unpaid fringe-benefit contributions through August 2010, $6,016.42 in liquidated damages due, $3,572.56 in pre-judgment interest, and $4,269.00 for reasonable costs and attorney's fees.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2011        s/Richard H. Kyle
                     RICHARD H. KYLE
                     United States District Judge